**No. 09-10654. Lance Bouvira Drew, Petitioner v. United States.**

562 U.S. 1061, 131 S. Ct. 636, 178 L. Ed. 2d 477, 2010 U.S. LEXIS 9212.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 356 Fed. Appx. 258.

**No. 09-10667. Robert McDonel, Petitioner v. United States.**

562 U.S. 1061, 131 S. Ct. 636, 178 L. Ed. 2d 477, 2010 U.S. LEXIS 9044.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 362 Fed. Appx. 523.

**No. 09-11114. Elex Pierre, Petitioner v. United States.**

**No. 09-11542. Exuis Louis, Petitioner v. United States.**

**No. 10-5520. Jimmy Louisuis, Petitioner v. United States.**

562 U.S. 1061, 131 S. Ct. 636, 178 L. Ed. 2d 477, 2010 U.S. LEXIS 9279.

November 29, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-11166. Jerome Scott and Charles Lawrence, Petitioners v. United States.**

562 U.S. 1061, 131 S. Ct. 636, 178 L. Ed. 2d 477, 2010 U.S. LEXIS 9170.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 365 Fed. Appx. 702.

**No. 09-11220. Antonnio Pickett, Petitioner v. United States.**

562 U.S. 1061, 131 S. Ct. 637, 178 L. Ed. 2d 477, 2010 U.S. LEXIS 9108.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 598 F.3d 231.

**No. 09-11268. Dennis Williams, Petitioner v. United States.**

562 U.S. 1061, 131 S. Ct. 637, 178 L. Ed. 2d 477, 2010 U.S. LEXIS 9067.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 366 Fed. Appx. 66.

**No. 09-11362. Harry Berroa, Petitioner v. United States.**

562 U.S. 1061, 131 S. Ct. 637, 178 L. Ed. 2d 477, 2010 U.S. LEXIS 9135.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 374 Fed. Appx. 266.